# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Lopez,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Yuma Regional Medical Center Long Term Disability Plan, et al.,<br><br>　　　　　　　Defendants. | No. CV-16-00738-PHX-DLR<br><br>**ORDER** |

　　　The Court has reviewed the parties' Stipulated Motion to Extend Deadline for Case Dismissal. (Doc. 33.) For good cause shown,

　　　**IT IS ORDERED** extending the deadline for the parties to file a Stipulation of Dismissal with Prejudice through and including **December 28, 2016**.

　　　Dated this 14th day of December, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge